UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANITA R. RILEY,                          )    NO. EDCV 04-1439-MAN
                                         )
              Plaintiff,                  )
                                         )    JUDGMENT
         v.                              )
                                         )
JO ANNE B. BARNHART,                     )
Commissioner of the                      )
Social Security Administration,          )
                                         )
              Defendant.                  )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED:  March 30, 2006.


                                    _____/s/_____
                                      MARGARET A. NAGLE
                              UNITED STATES MAGISTRATE JUDGE